IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**TAURUS PARKER,**

   *Plaintiff*,

v.                                          Case No.: 3:24cv620-MW/ZCB

**ROBERT CAMPBELL,**

   *Defendant*.

_____/

### ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 16. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 16, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's case is **DISMISSED without prejudice** for Plaintiff's failure to comply with an Order of this Court." Plaintiff's *pro se* "motion to request authorization," ECF No. 13, is **DENIED as moot**. The Clerk shall close the file.

SO ORDERED on June 18, 2025.

                                                        **s/Mark E. Walker**
                                                        **Chief United States District Judge**